435 A.2d 1318

Commonwealth v. Matsinger, Appellant.
Petition for Allowance of Appeal Denied Nov. 30, 1981.

645

 Submitted June 13, 1980. Frank J. Marcone, for appellant; Frank T. Hazel, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.